1  JEROME F. BIRN, JR., State Bar No. 128561
   CATHERINE E. MORENO, State Bar No. 264517
2  DYLAN G. SAVAGE, State Bar No. 310452
   ELIZABETH R. GAVIN, State Bar No. 305017
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: jbirn@wsgr.com
          cmoreno@wsgr.com
7         dsavage@wsgr.com
          bgavin@wsgr.com
8
   Attorneys for Defendants
9  Scott N. Flanders, David K. Francis, Derek N.
   Yung, Andrea C. Brimmer, Beth A. Brooke,
10 Michael D. Goldberg, Randall S. Livingston,
   Jack L. Oliver, III, Dale B. Wolf, and Nominal
11 Defendant eHealth, Inc.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15  YACOB CHERNET, derivatively on behalf of  )  CASE NO.: 4:20-cv-04477-JST
    EHEALTH, INC.,                            )
16                                            )  **STIPULATION AND [PROPOSED]**
                Plaintiff,                    )  **ORDER TO STAY**
17                                            )
          v.                                  )
18                                            )
    SCOTT N. FLANDERS, DEREK N. YUNG,         )
19  DAVID K. FRANCIS, ANDREA C. BRIMMER,      )
    BETH A. BROOKE, MICHAEL D.                )
20  GOLDBERG, RANDALL S. LIVINGSTON,          )
    JACK L. OLIVER, III, and DALE B. WOLF,    )
21                                            )
                Defendants,                   )
22                                            )
                and                           )
23                                            )
    EHEALTH, INC.,                            )
24                                            )
                Nominal Defendant.            )
25                                            )

26

27

28

1     WHEREAS, on July 7, 2020, Plaintiff Yacob Chernet ("Plaintiff"), derivatively and on behalf of eHealth, Inc. ("eHealth"), filed this putative derivative action against Individual Defendants Scott N. Flanders, David K. Francis, Derek N. Yung, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, and Dale B. Wolf (collectively, the "Individual Defendants," and with eHealth, the "Defendants") (together with Plaintiff, the "Parties");

    WHEREAS, the deadline for the Individual Defendants to answer, move, or otherwise respond to the Complaint is September 14, 2020, and, pursuant to stipulation (ECF No. 28) the deadline for eHealth to answer, move, or otherwise respond to the Complaint is August 13, 2020;

    WHEREAS, a related securities class action involving related claims and defenses, including alleged violations of sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder, is pending before this Court, captioned *In re eHealth, Inc. Securities Litigation*, Case No. 4:20-cv-2395-JST (the "Securities Class Action");

    WHEREAS, the outcome of Securities Class Action will likely affect the scope, claims, and defenses applicable in this Action;

    WHEREAS, the Parties hereby jointly stipulate to stay this action until and through the resolution of the anticipated motion to dismiss the Securities Class Action upon the terms set forth herein;

    WHEREAS, the Parties jointly stipulate that the "resolution" of the anticipated motion to dismiss the Securities Class Action is defined to mean the earlier of the following events: (a) the Securities Class Action is dismissed in its entirety with prejudice; or (b) Defendants file an answer to the complaint in the Securities Class Action;

    WHEREAS, during the pendency of this stay, Defendants have agreed to provide Plaintiff with any materials produced to any eHealth stockholder pursuant to a stockholder demand related to the subject matter of this action, under Section 220 of the Delaware General Corporation Law (subject to entry into a mutually acceptable non-disclosure agreement);

WHEREAS, the Parties have also reached agreement concerning participation in and timing of any future mediation of this action;

WHEREAS, this stipulation will promote the efficient and orderly administration of justice by coordinating this action with the Securities Class Action;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel and subject to the approval of the Court:

1. All proceedings in this action, including any obligation to respond to the Complaint or any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, are hereby stayed pending the resolution of the anticipated motion to dismiss the Securities Class Action;

2. The Defendants will promptly notify Plaintiff should they become aware of any additional derivative lawsuits filed in any forum that allege the same or similar allegations as those alleged in this action. If another such derivative lawsuit is filed, Plaintiff may lift this stay on 30 days' written notice to all counsel of record via e-mail;

3. Notwithstanding this voluntary stay of this action, Plaintiff may file an amended complaint. Defendants shall not be required to move, answer, plead, or otherwise respond to the Complaint (or any amended complaint) during the pendency of the stay of proceedings;

4. By entering into this Stipulation, the Parties reserve all of their respective rights, claims, and defenses in this action, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

IT IS SO STIPULATED

Dated: August 10, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Jerome F. Birn, Jr.
         Jerome F. Birn, Jr.

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
jbirn@wsgr.com

STIPULATION AND [PROPOSED] ORDER TO STAY    -3-
CASE NO.: 4:20-cv-04477-JST

|   |   |
|---|---|
|   | *Attorneys for Defendants Scott N. Flanders, David K. Francis, Derek N. Yung, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, Dale B. Wolf and Nominal Defendant eHealth, Inc.* |
| Dated:  August 10, 2020 | THE ROSEN LAW FIRM, P.A. |
|   | By:   */s/ Laurence M. Rosen*<br>         Laurence M. Rosen |
|   | 355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>lrosen@rosenlegal.com |
|   | *Attorneys for Plaintiff Yacob Chernet* |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 12, 2020

_____
UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR

## CIVIL L.R. 5-1(i)(3) ATTESTATION

I, Jerome F. Birn, Jr., am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Laurence M. Rosen has concurred in this filing.

Dated:  August 10, 2020                                   By:    /s/ Jerome F. Birn, Jr.
                                                                        Jerome F. Birn, Jr.