CATHERINE E. MORENO, SBN 264517
DYLAN G. SAVAGE, SBN 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Facsimile:      (650) 565-5100
Email:           cmoreno@wsgr.com
                     dsavage@wsgr.com

GREGORY L. WATTS, SBN 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:     (206) 883-2500
Facsimile:      (206) 883-2699
Email:           gwatts@wsgr.com

*Attorneys for Defendants
Scott N. Flanders, Derek N. Yung, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, Dale B. Wolf, and Nominal Defendant eHealth, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH, INC. STOCKHOLDER DERIVATIVE LITIGATION | CASE NO.  4:20-cv-04477-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING RESOLUTION OF THE RELATED CLASS ACTION** |

WHEREAS, on July 7, 2020, plaintiff Yacob Chernet filed his verified shareholder derivative complaint against defendants Scott N. Flanders, Derek N. Yung, David K. Francis, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, and Dale B. Wolf (collectively, the "Individual Defendants") on behalf of eHealth, Inc.

-1-
STIPULATION AND [PROPOSED] ORDER TO STAY
CASE NO. 4:20-CV-04477-JST

1  ("eHealth" or the "Company," and together with the Individual Defendants, "Defendants") (the
2  "*Chernet* Action");

3  WHEREAS, on October 5, 2021, plaintiff Dharmender Badwal (together with Yacob
4  Chernet, "Plaintiffs," and together with Defendants, the "Parties") filed his verified shareholder
5  derivative complaint on behalf of the Company against Defendants (the "*Badwal* Action");

6  WHEREAS, on November 29, 2021, the Court consolidated the *Chernet* and *Badwal*
7  Actions (the "Action") and ordered the Parties to submit a stipulation for further proceedings
8  within 14 days (*see* Dkt. No. 42);

9  WHEREAS, the instant Action is substantially related to the securities class action pending
10 before this Court, captioned *In re eHealth, Inc. Securities Litigation*, Case No. 4:20-cv-2395-JST
11 (the "Securities Class Action");

12 WHEREAS, on August 12, 2021, the Court granted-in-part and denied-in-part Defendants'
13 motion to dismiss the Securities Class Action (*see* Case No. 4:20-cv-2395-JST, Dkt. No. 64);

14 WHEREAS, lead counsel filed a suggestion of death as to the lead plaintiff of the Securities
15 Class Action, and the parties stipulated to re-open the lead plaintiff process set forth by the Private
16 Securities Litigation Reform Act of 1995 (*see* Case No. 4:20-cv-2395-JST, Dkt. No. 82);

17 WHEREAS, on December 14, 2021, the Court entered an order staying this Action pending
18 the appointment of a new lead plaintiff for the Securities Class Action, and providing that Plaintiffs
19 in this Action were to file a consolidated complaint no later than 30 days after the lifting of the
20 stay and that the parties were to meet and confer and submit a schedule for further proceedings
21 within 14 days of the filing of such consolidated complaint (*see* Dkt. No. 46);

22 WHEREAS, on November 9, 2022, the Court appointed a new lead plaintiff in the
23 Securities Class Action (*see* Case No. 4:20-cv-2395-JST, Dkt. No. 113);

24 WHEREAS, on December 9, 2022, Plaintiffs filed a Verified Consolidated Stockholder
25 Derivative Complaint in this Action ("Consolidated Complaint") (*see* Dkt. No. 48);

26 WHEREAS, during the pendency of the stay stipulated to herein, Defendants have agreed
27 to provide Plaintiffs with any materials produced to any eHealth stockholder pursuant to a
28

stockholder books and records inspection demand related to the subject matter of this action, under Section 220 of the Delaware General Corporation Law (subject to entry into a mutually acceptable non-disclosure agreement);

WHEREAS, the Parties have also reached an agreement concerning participation in and timing of any future mediation of the Securities Class Action or any related derivative action;

WHEREAS, the Parties respectfully submit that in the interest of judicial economy, this Action should be stayed pending the resolution of the Securities Class Action; and

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. All proceedings in this Action are hereby stayed pending the resolution of the Securities Class Action;

2. Defendants shall promptly notify Plaintiffs should they become aware of any additional derivative lawsuits filed in any forum that allege the same or similar allegations as those alleged in this Action and/or if any such additional derivative lawsuits that are pending become active by entering either motions practice or discovery.

3. Any Party may lift this stay on 30 days' notice to all counsel of record via e-mail;

4. During the pendency of the stay of proceedings, Plaintiffs may file an amended consolidated complaint;

5. Defendants shall not be required to move, answer, plead, or otherwise respond to the Consolidated Complaint or any amended consolidated complaint during the pendency of the stay of proceedings;

6. By entering into this Stipulation, the Parties reserve all of their respective rights, claims, and defenses in the Action, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: December 23, 2022 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: */s/Gregory L. Watts*<br>Gregory L. Watts<br>701 Fifth Ave., Suite 5100<br>Seattle, WA  98104-7036<br>Telephone: (206) 883-2500<br>Facsimile: (206) 883-2699<br>gwatts@wsgr.com<br><br>*Attorneys for Defendants Scott N. Flanders, Derek N. Yung, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, Dale B. Wolf and Nominal Defendant eHealth, Inc.* |
| Dated: December 23, 2022 | | MORRISON & FOERSTER LLP<br><br>By: */s/ David Wiener*<br>Anna Erickson White<br>David Wiener<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>awhite@mofo.com<br>dwiener@mofo.com<br><br>*Attorneys for Defendant David K. Francis* |
| Dated: December 23, 2022 | | GLANCY PRONGAY & MURRAY LLP<br><br>By: */s/ Pavithra Rajesh*<br>Robert V. Prongay<br>Pavithra Rajesh<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephon: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: rprongay@glancylaw.com<br>Email: prajesh@glancylaw.com<br><br>Benjamin I. Sachs-Michaels<br>745 Fifth Avenue, Fifth Floor<br>New York, NY  10150<br>Telephone: (212) 935-7400 |

```
Facsimile: (212) 756-3630
Email: bsachsmichaels@glancylaw.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY  10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
```

*Co-Lead Counsel for Plaintiffs*

```
THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Telephone: (213) 785-2610
Facsimile: (213) 266-4684
Email: lrosen@rosenlegal.com
```

*Additional Counsel for Plaintiffs*

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated:  December 23, 2022

By: */s/ Gregory L. Watts*
Gregory L. Watts

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 3, 2023

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE