1  Robert V. Prongay (SBN 270796)
     *rprongay@glancylaw.com*
2  Pavithra Rajesh (SBN 323055)
     *prajesh@glancylaw.com*
3  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  *Co-Lead Counsel for Plaintiffs*

7  [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE EHEALTH STOCKHOLDER DERIVATIVE LITIGATION | Case No. 4:20-CV-04477-JST |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

1    WHEREAS, on November 29, 2021, the Court consolidated the related actions filed by
2 plaintiffs Yacob Chernet and Dharmender Badwal (together, "Plaintiffs") against defendants Scott
3 N. Flanders, Derek N. Yung, David K. Francis, Andrea C. Brimmer, Beth A. Brooke, Michael D.
4 Goldberg, Randall S. Livingston, Jack L. Oliver, III, and Dale B. Wolf (collectively, the
5 "Individual Defendants") on behalf of eHealth, Inc. ("eHealth" or the "Company," and together
6 with the Individual Defendants, "Defendants") (ECF No. 42);

7    WHEREAS, on December 9, 2022, Plaintiffs filed a Verified Consolidated Stockholder
8 Derivative Complaint (ECF No. 48);

9    WHEREAS, on January 3, 2023, the Court granted the Parties' stipulation to stay the
10 above-captioned action (the "Action") pending the resolution of the related securities class action,
11 captioned *In re eHealth, Inc. Securities Litigation*, Case No. 4:20-cv-2395-JST (the "Securities
12 Class Action");

13    WHEREAS, on November 29, 2023, the Court in the Securities Class Action entered final
14 judgment in favor of the defendants in that action;

15    WHEREAS, on December 15, 2023, the Court ordered the Parties to file a Case
16 Management Statement by January 30, 2024 and to appear at a Case Management Conference on
17 February 6, 2024 at 2:00 p.m. (ECF No. 54);

18    WHEREAS, after due consideration of the dispositive decisions in the Securities Class
19 Action, Plaintiffs wish to voluntarily dismiss the Action pursuant to Rules 23.1(c) and 41(a) of the
20 Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, eHealth, and/or any other
21 eHealth shareholder;

22    WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an
23 adjudication of the Action on the merits, and that each Party shall bear its own fees and costs
24 incurred in connection with the Action; and

25    WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this
26 dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any
27 eHealth shareholder, or eHealth itself, to pursue the claims; (ii) there has been no settlement or
28 compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither

Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. This Action shall be dismissed without prejudice as to Plaintiffs, eHealth, and/or any other eHealth shareholder.

2. The Parties shall bear their own fees and costs in connection with the Action.

3. The Case Management Conference set for February 6, 2024 and the associated deadline to file a Case Management Statement are vacated.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  January 9, 2024 | GLANCY PRONGAY & MURRAY LLP |

                                                By:   */s/ Pavithra Rajesh*

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  rprongay@glancylaw.com
         prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email: bsachsmichaels@glancylaw.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Plaintiffs*

---

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL
Case No. 4:20-CV-04477-JST      3

| | | |
|---|---|---|
| DATED: January 9, 2024 | | WILSON SONSINI GOODRICH & ROSATI, P.C. |

By: _/s/ Gregory L. Watts_
Gregory L. Watts
701 Fifth Ave., Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants Scott N. Flanders, Derek N. Yung, Andrea C. Brimmer, Beth A. Brooke, Michael D. Goldberg, Randall S. Livingston, Jack L. Oliver, III, Dale B. Wolf, and Nominal Defendant eHealth, Inc.*

DATED: January 9, 2024        MORRISON & FOERSTER LLP

By: _/s/ David Wiener_
Anna Erickson White
David Wiener
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: awhite@mofo.com

*Attorneys for Defendant David K. Francis*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 9, 2024        _/s/ Pavithra Rajesh_
Pavithra Rajesh

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 10, 2024

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE